**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SANIBEL VIEW CONDOMINIUM
ASSOCIATION, INC.,
Plaintiff,

v. CASE NO.: __________________

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA, DBA:
ASSURANT

Defendant.
__________________________________/

**COMPLAINT**

**COMES NOW** Plaintiff, **SANIBEL VIEW CONDOMINIUM ASSOCIATION, INC.** ("Plaintiff" or "Insured"), by and through counsel, who files this Complaint against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, DBA:ASSURANT ("Defendant" or "Insurer"), on the grounds set forth below:

**JURISDICTION**

1. This action arises under the National Flood Insurance Act, 42 U.S.C. § 4001, et seq. This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 4072.

**VENUE**

2. The property which serves as the basis of this action is located at 20021 Sanibel View Circle, Building 2, Fort Myers, Florida 33908 (the "Insured Condominium Property"). The Insured Condominium Property is situated in Lee County, within the Middle District of Florida, Fort Myers Division, and the damage occurred here. Venue is proper pursuant to 42 U.S.C. § 4072, 44 C.F.R. Part 61, Appendix A(3), Article VIII(O), and Local Rule 1.04.

**PARTIES**

3. Plaintiff, **SANIBEL VIEW CONDOMINIUM ASSOCIATION, INC.**, is a Florida not-for-profit corporation and was, and still is, the condominium association responsible for the Insured Condominium Property and the named insured under the Policy described below, identified in the declarations as "SANIBEL VIEW CONDOMINIUM ASSOC."

4. Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, DBA: ASSURANT, is an insurance company qualified to do business in Florida and authorized to participate in the National Flood Insurance Program as a Write Your Own carrier. Defendant issued the Policy in its own name. Pursuant to 44 C.F.R. § 62.23, Defendant is responsible for the adjustment, settlement, payment, and defense of claims arising under the Policy, including this one.

**FACTUAL ALLEGATIONS**

5. Defendant issued a Residential Condominium Building Association Policy to Plaintiff, namely Company Policy No. 69001593072022 / NFIP Policy No. 6900159307 (the "Policy"), for the term April 4, 2022 through April 4, 2023, insuring Building 2. A true and correct copy of the presently available Policy declarations is attached hereto as Exhibit "A." Plaintiff further incorporates by reference FEMA's Standard Flood Insurance Policy, Residential Condominium Building Association Policy, Form F-144 (October 2021), as codified at 44 C.F.R. Part 61, Appendix A(3), including the terms and provisions applicable during the referenced policy period.

6. The Policy declarations provide $4,750,000 in building coverage, subject to a $1,250 building deductible. This action seeks additional benefits for covered building damage under the Policy.

7. Plaintiff paid the premiums charged by Defendant for the coverages afforded pursuant to the terms of the Policy, and the Policy was in full force and effect on the date of loss.

8. On or about September 28, 2022, the Insured Condominium Property sustained direct physical loss and damage as a result of a covered peril, namely flooding and inundation associated with Hurricane Ian, which caused substantial damage to the building and covered building property.

9. Plaintiff reported the loss to Defendant. Defendant acknowledged the claim, identified it under Policy / Claim No. 6900159307, 6900159307-20220928, 6900159307-20220928-AB, and/or 213176-IAN, and retained adjusters and other representatives to inspect and evaluate the Insured Condominium Property and the claimed losses.

10. By written claim determination dated November 20, 2025, Defendant denied portions of Plaintiff's claim and underpaid other portions of the covered flood loss.

11. Plaintiff disputes Defendant's determination of the scope and amount of covered building damage. Defendant failed to pay the full amount owed for covered flood damage and necessary covered repairs under the Policy.

12. Defendant has failed and refused to pay the full amount owed for covered flood damage to the Insured Condominium Property. Plaintiff seeks the unpaid balance of covered building benefits, subject to the applicable Policy terms and limits, after application of the deductible and credit for prior payments.

## COUNT I – BREACH OF INSURANCE CONTRACT

13. Plaintiff adopts and incorporates paragraphs 1 through 12 into this Count as if fully set forth herein.

14. The direct physical loss and damage caused by or from flood were covered under the terms and conditions of the Policy issued by Defendant to Plaintiff.

15. Plaintiff has complied with all conditions precedent applicable to this action under the Policy and federal law.

16. A dispute exists concerning the proper scope, valuation, and amount of covered flood loss payable under the Policy.

17. Defendant breached the insurance contract by failing to pay the full value of Plaintiff's covered building claim, including by omitting covered damage and undervaluing necessary covered repairs.

18. Defendant further breached the insurance contract by failing and refusing to fully indemnify Plaintiff and to tender all insurance proceeds due and owing under the Policy.

19. As a direct and proximate consequence of Defendant's breach, Plaintiff has been deprived of the full coverage and benefits afforded under the Policy and has sustained damages recoverable in this action.

**WHEREFORE**, Plaintiff, **SANIBEL VIEW CONDOMINIUM ASSOCIATION, INC.**, requests judgment against Defendant for unpaid Policy benefits for covered flood damage to Building 2, taxable costs, and such other relief as is permitted by applicable law

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing will be served upon Defendant in accordance with the Federal Rules of Civil Procedure and all other applicable law.

*/s/ Garrett William Haakon Clifford*
Garrett William Haakon Clifford
(FBN: 107315)
**VISHIO WATKINS & FORRY, PLLC**
1112 Goodlette-Frank Road, Suite 204
Naples, FL 34102
Telephone: (239) 703-7210
Facsimile: (239) 900-1993
Email: Gclifford@vwflegal.com
Lperry@vwflegal.com
service@vwflegal.com

*Lead Counsel for Plaintiff,*